

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2014

No. 04-14-00200-CR

**EX PARTE** Stephen **RICHARDSON**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
                 Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice

On March 26, 2014, relator filed a pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that this court does not have jurisdiction to grant the requested relief. Accordingly, relator's petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on March 28th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010CR10629, styled *The State of Texas v. Stephen Richardson*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.